| | |
|---|---|
| **ROBERT WISNIEWSKI P.C.**<br>ATTORNEYS-AT-LAW | 40 WALL STREET, SUITE 2833 • NEW YORK, NY 10005<br>TEL: (212) 267-2101 • FAX: (646) 512-5603<br>WEBSITE: www.rwapc.com |

Hon. William F. Kuntz, II, U.S.D.J             May 10, 2021
Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    *VIA ECF AND FEDEX*

      Re:    Doe v. St. Vincent's Services, Inc. et al
               <u>EDNY Docket No.: 20-cv-06215 (WFK)(RML)</u>

Dear Judge Kuntz and Judge Levy,

     I represent the Plaintiff in the above case. Enclosed please find a courtesy copy of all documents filed electronically in connection with the Plaintiff's Motion to Proceed Anonymously. The documents contained in this package are as follows:

- ECF Doc. No. 7: Notice of Motion;

- ECF Doc. No. 7-1: Memorandum in Support of Plaintiff's Motion to Proceed Anonymously;

- ECF Doc. No. 25: Declaration of Emily Toren, Esq. in Opposition with accompanying Exhibits A through C

- ECF Doc. No. 26: Memorandum in Opposition to Plaintiff's Motion to Proceed Anonymously;

- ECF Doc. No. 29: Reply Memo in Further Support;

- ECF Doc. No. 29-1: Reply Declaration of John Doe;

- ECF Doc. No. 30: Reply Declaration of Robert Wisniewski, Esq.; and

- ECF Doc. No. 30-1: Exhibit 1 – Pending Motion to File Under Seal (Doc. No. 28).

    We thank the Court to its attention to the foregoing.

                                               Sincerely,

                                               */s/Barbara Luberadzka*
                                                Barbara Luberadzka

    cc: Defense Counsel – *via ECF*