UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOHN DOE,

        Plaintiff,                         REPORT AND
                                            RECOMMENDATION
   -against-                           20 CV 6215 (OEM)(RML)

ST. VINCENT'S SERVICES, INC.
d/b/a HEARTSHARE ST. VINCENT'S
SERVICES, SHAWNTA SALAZAR,
EVELYN PEDRAZA, and
ERIC L. WILLIAMS,

        Defendants.
------------------------------------------------------X

LEVY, United States Magistrate Judge:

        Plaintiff John Doe ("plaintiff") filed this case on December 28, 2020, asserting claims on behalf of a purported class under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000, *et seq.*, the New York Executive Law §§ 290, *et seq.*, and New York City Administrative Code §§ 8-101, *et seq.* (See Complaint, dated Dec. 28, 2020, Dkt. No. 1.) Plaintiff was initially represented by counsel, and after conducting an initial conference on November 23, 2021, the court granted a number of extensions of time to complete discovery.

        At a telephone conference held on February 21, 2024, plaintiff's counsel informed the court that he would file an *in camera* affirmation in support of his proposed motion to withdraw as counsel. (See Minute Entry, dated Feb. 21, 2024.) Plaintiff's counsel then filed a motion to withdraw on February 26, 2024. (See Motion to Withdraw *In Camera*, dated Feb. 26, 2024, Dkt. No. 49.) By order dated March 5, 2024, after concluding that the information contained in counsel's *in camera* submission was sufficient to permit counsel's withdrawal, I granted the motion and directed plaintiff to advise the court by April 23, 2024 whether he wished to continue with this litigation, and if so, to obtain new counsel or be prepared to proceed *pro se*

at the next conference, scheduled for April 23, 2024, by telephone. (See Order, dated Mar. 5, 2024.)

Plaintiff did not appear for the telephone conference on April 23, 2024. (See Minute Entry, dated Apr. 23, 2024.) Attempts to reach plaintiff by email and telephone were unsuccessful. (Id.) Plaintiff did not appear for a subsequent telephone conference scheduled on May 28, 2024, and was unresponsive to emails and calls from both chambers and defendants' counsel. (Minute Entry, dated May 28, 2024.) The conference was adjourned to July 3, 2024, with a warning that plaintiff's failure to appear would likely result in a recommendation that this case be dismissed for failure to prosecute. (See id.) Plaintiff again did not appear for the telephone conference on July 3, 2024.

To date, the court has received no communication from plaintiff. Since plaintiff has abandoned this case, I respectfully recommend that it be dismissed for lack of prosecution.

Any objection to this Report and Recommendation must be filed with the Clerk of the Court, with a courtesy copy to the Honorable Orelia E. Merchant, United States District Judge, within fourteen (14) days. Failure to file objections in a timely manner may waive a right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(d), 72.

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
July 25, 2024

2